UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| J.P. Morgan Securities LLC,<br><br>            Plaintiff<br><br>v.<br><br>Matthew McCrea,<br><br>            Defendant | Case No. 2:25-cv-01023-CDS-NJK<br><br>**Order Administratively Closing Case**<br><br><br>[ECF Nos. 2, 3, 4, 16] |

  Plaintiff J.P. Morgan Securities LLC and defendant Matthew McCrea entered into a consent stipulated order. ECF No. 23. Under this agreement, the parties' dispute proceeds to arbitration before FINRA Dispute Resolution. *Id.* This action is therefore stayed, and a notice of dismissal must be filed within fourteen days of the conclusion of arbitration.

  IT IS HEREBY ORDERED that J.P. Morgan's motion for temporary restraining order **[ECF No. 2]**, motion for preliminary injunction **[ECF No. 3]**, and motion to expedite discovery **[ECF No. 4] are DENIED as moot**. Accordingly, the motion hearing set on July 8, 2025, at 11:00 a.m. is **VACATED**.

  IT IS FURTHER ORDERED that McCrea's withdrawal of Jonathan A. Scobie's verified petition **[ECF No. 16] is GRANTED** and it is withdrawn.

  The Clerk of Court is kindly instructed to administratively close this case.

  Dated: July 3, 2025

_____
Cristina D. Silva
United States District Judge